*Pro Se Review*
*In the Interest of Justice*

United States District Court
~~Northeastern~~ District of California

**FILED**
NOV 22 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Randy Lamar Black
Pro Se Plaintiff

vs.

Case No.: 2:21-CV-2167 EFB(PC)

1.) Warden P. Thompson;
2.) A. Warden K. Brown;
3.) A. Warden A. Boulware;
4.) Case Manager N. Kendryna;
5.) et al employees of FCI Herlong;
6.) Director of Bureau Of Prisons (unknown);
7.) Regional Director of Western Division (Unknown);
8.) Regional Director of Southeastern Division (Unknown);
9.) Doctor FCI Herlong D. Allred; and
10.) Known and Unknown Defendant's.

*Civil Action Right To Life*

Emergency Motion / Pro Se Review
Judicial Rules of Evidence 201(d)
Notice Shall Be Taken of Constitutional Violations

It is the policy of the B.O.P. that if (1) one inmate violates the rules and regulations of the B.O.P.. All inmates are guilty of the offense. Under the Fourteenth (14) Amendment (equal justice) all B.O.P. employees are all guilty.

Black (Plaintiff) respectfully ask the Court to hold all in violation of the rules of the United States Constitution.

## Subject Matter Jurisdiction

Black is in custody by way of Judgment from the Northeastern District Court @ Gainesville, Ga, Case No. 96cr20. The B.O.P. transferred Black from U.S.P. Atlanta to Herlong, CA. Herlong is within this territory of this Court's Jurisdiction. So accordingly this Court has subject matter over Black's Custody and the Court may proceed to entertain this Motion.

## Claim For Relief

No set of conditions of confinement under the present circumstances "Could Be Constitutional" and could not be under the past circumstances as the Plaintiff was a victim, causing pain (unwantonally) and even Reckless Endangerment of a

2

Federal Prisoners Life. (A federal statute not a common law). A violation of the (14th) Amendments rule of objective reasonableness; (8th) Amendment's Cruel and Unusual Punishment; and the (5th) Amendments right to due process. ~~Of~~ certain ~~the defendants have shown deliberate indifference toward Black life and well being.~~

## Claims

1.) Violation of the 115th Congress' First Step Acts Mandate. A federal inmate is to be held in custody by the B.O.P. within 500 miles of his residency. Black lives in Commerce, Georgia several thousands of miles away. A violation of clearly established federally law. Black put Warden Thompson on Notice of the violation by letter. The Warden violated the rule and has not fixed said.

3

2.) Black's life was put in jeopardy by USP Atlanta employee's wrongful actions bringing in drugs, cell phones, and known and unknown contraband. It is a known fact that Atlanta USP skipped Black because of this matter and there was a federal crime's committed. [Endangerment of a Inmates Life]. Further On 9,9,2021 Black was tested for Covid 19 and the test result was positive. Black would not have been put in this position if not for USP Atlanta's violation of security and violation of their oath of offense and violating federal drug laws. Black did not have Covid 19 when tested at USP Atlanta and tested further when he came in the back down of FCI Herlong. Herlong's FCI employee's gave Black the Covid 19 it would be safe to state and put Black's life in danger. (Black's Age 66)

4

with several medical matters. (High Blood Pressure, Sinus, hernia, cateract surgery needed, and hearing probelms) The BiDiPi transfer was to a prison in between (2) two forests fires. Black avers that the (ashes) and (hazardeous smoke) further endangered Block's life. Black could not breath he asked for medical help during the Covid 19 (No). Black was put in isolation until 9/30/21. The doctor did not ever examined Black, (A. Allred) did not ever check on Black's condition until after (6) days, promised antibiotic did not fulfill that promise. Black's temperature was so high he would pass out from the fever and pain. A.W. Brown would not even let Block get ice for the fever, deliberate indifference is shown plus cruel and unusual punishment. Black's only meals were prepared by the kitchen (. Sandwiches). Black states under the Oath

5

Rec'd. 10/30/21

<u>Perjury</u>, he still has not felt right since and does not know what the ~~future~~ future will develope into as far as the Covid 19 effect without treatment. Black on 10/25/2021 was allowed to go to the Commissary where he brought (100 aspirins). Black still suffers respiratory probelms (he can't breathe properly), headaches, nerves is shot and fear of the B.O.P. handling of his medical emergency knowing to well the B.O.P. FCI Herlong will let him die if he gets sick again. The sinus pills at the Commissary prove no help. Black still has trouble breathing. When he lie's down the (could be ulcer) high hernia blocks his breathing and his sinus's are stopping his breathing. FCI Herlong does not even have a pharmacy. How is this not a federal crime. FCI Herlong should be closed because of no medical and not even trying to fix the probelm ~~system~~

3) Black has a sentence of life imprisonment and sentenced

to the custody of the B.O.P. There surely is a question if the Judgment is null because of the foregoing violation of the B.O.P. and no set of conditions of confinement under these circumstances could be constitutional continued. Black is dizzy from this;

4) Black entered FCI Herlong on or about the last of July 2021. On August 12, 2021 Black sent a Cop-Out to his Case Manager N. Kendryna requesting him to mail a Motion to this Court and requesting this Courts address. Kendryna refused. Black asked this because A.W. Brown would not allow him to buy stamps, envelopes, and paper to file his motion. Black asserts that Brown violated due process to coverup and conceal the within. All FCI Herlong employee's should be held accountable because they knew of the matter or should have known. Black has not received his law materials because of the fact that the AW's, and staff

7

did not want Atlanta inmates on their compound and therefore hold Black's legal material and personal effects. Black was and still is being denied due process. This is the reason Black is not citing case laws, the Prison has impaired Black right to file his grievans. Black respectfully request the Court to appoint counsel and Order the FCI Warden to provide Black with his law books and material and give a full physical and mental evaluation as to these wrongful act. Why this ever happened Black asserts that the willful misconduct should not go unpunished and Black is a victim of the will misconduct.

Conclusion - Black request relief is granted as deemed fit and fair by the Honorable Court, Black asserts under the Constitution he is illegally detained and warrants deliverance from his sentence and the B.O.P.'s Custody immediately. / Plus Black ask's for damages.

Black is in Covid 19 Lockdown and therefore is granted exclusion from the Rules of Court and his Pro Se Motion has shown cause to go further. The government shall respond within 30 days if objection are taken.

8

Please Allow Clerk To Electronically file to the U.S. Attorney.

Respectfully Submitted
10/30/2021

Randy L. Black
Reg. No. 47107019
FCI Herlong
P.O. Box 800
Herlong, CA. 96113

<u>Oath of Perjury</u>

I do hereby certify that the within is true and correct as my memory serves right and the Covid 19 has not effected by ability to think and prepare said.

Respectfully

RLB
10/30/2021

<u>I Thank The Clerk + Court</u>
for a review.

Re: Mail on 11/12/2021 To Be Docketed
Previously sent to Redding District Court
Returned on this date. Thanks
Randy L. Black