1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      RANDY LAMAR BLACK,                              No. 2:21-cv-2167-EFB P

12                     Plaintiff,

13              v.                                       ORDER

14      P. THOMPSON, et al.,

15                     Defendants.

16

17              Plaintiff is a federal inmate proceeding without counsel in a civil action.  To proceed with

18      a civil action a plaintiff must pay the $402 filing fee required by 28 U.S.C. § 1914(a) or request

19      leave to proceed in forma pauperis and submit the affidavit and trust account statement required

20      by 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor submitted an application for leave

21      to proceed in forma pauperis.

22              If plaintiff wishes to proceed, he must submit either the filing fee or the application

23      required by § 1915(a) within 30 days from the date of service of this order.  The Clerk of the

24      Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.

25      Failure to comply with this order may result in the dismissal of this action.

26              So ordered.

27      Dated:  December 6, 2021.

28                                                      EDMUND F. BRENNAN
                                                        UNITED STATES MAGISTRATE JUDGE