UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAMAR BLACK,<br><br>Plaintiff,<br><br>v.<br><br>P. THOMPSON, et al.,<br><br>Defendants. | No. 2:21-cv-2167-EFB P<br><br><br><br>ORDER |

Plaintiff, a federal inmate proceeding without counsel, has filed a complaint (ECF No. 1) and a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 (ECF No. 9). He has not, however, submitted a certified copy of his trust account statement as required by 28 U.S.C. § 1915(a)(2).

Accordingly, it is ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified trust account statement to complete his request for leave to proceed in forma pauperis.[1]  Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: January 12, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] If plaintiff is unable to comply with this order, he must submit to the court a copy of his request for a copy of his certified trust account statement along with any responses received from prison officials.