FILED

AUG 17 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

United States District Court
Eastern District of California

Randy Lamar Black,
        Plaintiff

V.

Case No. 2:21-cv-02167-TLN-EFB

1.) P. Thompson, Warden;

2.) K. Brown, A.W. Programs;

3.) A. Alatary, A.W. Operations;

4.) Allred, Doctor;

5.) B. Birch, Trust Fund;

6.) M. Nimmo, Unit Manager Sierra A.

<u>Defendants and Addresses Of</u>
Federal Correctional Institution - Herlong
P.O. Box 900
Herlong, CA. 96113

<u>Motion To Amend</u>

1.) Defendant P. Thompson, (Warden)

The warden denied me; medical attention and medication. I asked the warden could I see a doctor. He stated (yes). The doctor did not show up until (6) days later. I was covid 19 infected. The warden denied me medical attention for (6) days causing pain.

2.) Defendant K. Brown A.W. Warden

I asked the A.W. could I get ice after my shower. The A.W. knew I was covid 19 infected and I even stated I was having a fever and my throat was parched. The answer was no. I had received no medication. I requested to be allowed to get aspirins

from the commissary. The answer was (no,) The AW denied me medication (ice + aspirins) and stated The DR will be here.

3) Defendant A. Alatarg (A.W.)

I asked again to another AW could I get ice after my shower. The A.W. even knew I was Covid 19 infected. (No). I asked could I get aspirins from the commissary. (No) I had received no medication. The (2) AW's were together. Denial of medical. from each.

4) Allred, Doctor

I was taken out of population and put in isolation because I was tested positive for covid 19. I was very

2

ill from the effects of the covid 19. I had heada-
ches and my breathing was probelmatic. I ask to
see the doctor (after (6) days of pain and suffering
and the thought of die·ing). The doctor came a-
round. I asked for medication for breathing, covid 19,
and headaches. I was denied, after about 11 days
I was released back to population. No test was giving
but I did hear a Unit Manager state to the officer.
"We need the bed for other inmates (sick). I was
denied medication and suffered unwaiton pain and
discomfort. I now still feel the long term effects of
the virus. I was taken to the hospital on August 10,

3

2022. I was given (3) test as of this date, I have had no follow-ups nor explainations as to the results. I will allow this Court to examine the outcome when I receive them. The after effects have not been treated. I still suffer breathing probelms, headeches, and unwanton pains all over my body. The doctor at (1) point stated I could buy over the counter drugs from (Birch) Commis-sary head. I told him I tried. He E-mailed Birch. I have never denied a inmate the right to medication. (See) (Courts Copy) Dr. Allred did not proscribe any medication nor would Birch allow me to buy any medication. I have before the Court evidence of my timely efforts to

4

go to the commissary (Birch lied and stopped my ability to buy medication and receive drugs.) The dr. even stated I should lock you up, because I lied. I did not as previously shown. I received, (1) sales slip. I was denied medical treatment and medicine. I have no copies but this Court has several slips.

5.) Defendant
   B. Birch, Trust Fund and Commissiary Head

   Dr. Albed prescribed for me to buy over the counter products for my sickness. I tried, Birch would not let me shop and covered his backside with a lie. So accordingly, Birch did not follow the doctors order and denied me medicine to combat my sickness headaches,

5

and breathing probelms. The effects will be shown when the hospital test are through and read by the outside dr. My records from USP Atlanta will show I had no troubles until the Covid 19.

6) Defendant
-) M. Nimmo, Unit Manager

Nimmo at all times ⁽ᵏ⁾knew I could not get access to my computer to E-mail staff as to my medical needs and other needs as similiar situated inmates on this compound has the rights to under B.O.P. policy and statement. This impaired my ability to access Dr. Allred. Therefore impaired my ability to alert Dr. Allred my medical pleas for help and I asked for

6

his help by way of cop-out. No, as no cop-out was returned. Nimmo denied me excess to medical for the after effects of Covid 19 and I still get none.

In Summary — I am still in imminent danger because I still suffer (without medication) the long term effect of the Covid 19 virus after effects. I still have pain and suffer from respiratory probelms without medication and I have done all I can to save a early and painfull death. I am now a care level (2) inmate instead of care level (1) when I came from USP Atlanta before the Covid 19 and depriviation of medical treatment. I plea for mercy from this Court and asked their help.

7

Conclusion and Relief Sought.

I ask the Honorable District Court to grant relief as deemed fit and fair as to the Rules Governing the Constitution Requirements under the Eighth Amendments Cruel and Unusual Punishment and the Right To Life as civilization knows it. Further, I ask the district court to allow a jury to determine the specific amount of damages to be paid for this endangerment of my life without cause for harm. Granted

Respectfully submitted
8/12/2022  Randy L. Black #47107-019
Federal Correctional Institution
P.O. Box 800
Herlong, CA. 96113

Request Appointment Of Counsel
Notice - I am in modified lockdown, No access to copies, and no access to law materials.
Signed under penalty of perjury: Randy Black
8/12/2022