UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAMAR BLACK,<br><br>Plaintiff,<br><br>v.<br><br>P. THOMPSON, et al.,<br><br>Defendants. | No. 2:21-cv-02167-TLN-EFB<br><br>**ORDER** |

Plaintiff is a federal prisoner proceeding without counsel in a civil action. The matter was referred to a United States Magistrate Judge pursuant to the Court's Local Rules.

On November 7, 2022, the magistrate judge issued an order screening Plaintiff's amended Complaint pursuant to 28 U.S.C. § 1915A(a). (ECF No. 38.) Plaintiff has filed "Objections" to that order, which the Court construes as a motion for reconsideration. (ECF No. 40.)

Local Rule 303(f) provides that magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS ORDERED that, upon reconsideration, the order of the Magistrate Judge filed November 7, 2022, is AFFIRMED (ECF No. 38).

//

//

1  **DATED: December 29, 2022**

_____
Troy L. Nunley
United States District Judge

2