UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAMAR BLACK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. THOMPSON, et al.,<br><br>　　　　Defendants. | No.  2:21-cv-02167-TLN-EFB<br><br>**ORDER** |

　　　　Plaintiff, a federal prisoner proceeding pro se, has filed this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On April 14, 2023, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 14, 2023 (ECF No. 49), are ADOPTED IN FULL; and

2. Plaintiff's claims against Defendants Thompson, Alatory, Brown and Nimmo are DISMISSED without prejudice.

Date: June 12, 2023

_____
Troy L. Nunley
United States District Judge