PHILLIP A. TALBERT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail: Rachel.Davidson@usdoj.gov
Telephone: (916) 554-2731

Attorney for Defendants,
Allred and Birch

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAMAR BLACK<br><br>    Plaintiff,<br><br>    v.<br><br>P. THOMPSON, et al.,<br><br>    Defendants. | CASE NO. 2:21-cv-02167-TLN-EFB (PC)<br><br>[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' REQUEST TO SUBMIT SUPPLEMENTAL BRIEFING TO ADDRESS NEW NINTH CIRCUIT LEGAL AUTHORITY [L.R. 230(m)]<br><br>JUDGE: Hon. Edmund F. Brennan |

**[~~PROPOSED~~] ORDER**

For good case appearing, the Court grants Defendants' request to submit supplemental briefing in support of their motion to dismiss to address the Ninth Circuit's recent ruling in *Stanard v. Dy*, --- F.4th ----, 2023 WL 8535171 (9th Cir. Dec. 11, 2023). Defendants' supplemental briefing provided is deemed submitted.

IT IS SO ORDERED.

DATED: January 10, 2024

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER RE SUPPLEMENTAL BRIEFING                    1