UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAMAR BLACK,<br><br>Plaintiff,<br><br>v.<br><br>ALLRED, et al.,<br><br>Defendants. | No. 2:21-cv-02167-TLN-EFB<br><br>**ORDER** |

Plaintiff Randy Lamar Black ("Plaintiff"), a federal inmate proceeding *pro se*, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 30, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 67.) Defendants Allred and B. Birch (collectively, "Defendants") filed objections on September 11, 2024. (ECF No. 68.)

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

///

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (ECF No. 67) filed August 30, 2024, are ADOPTED IN FULL;

2. Plaintiff's Motions to Amend (ECF Nos. 53, 56, 63) are DENIED;

3. Defendants' Motion to Dismiss (ECF No. 57) is DENIED;

4. Plaintiff's Motion for Judgment on the Pleadings (ECF No. 64) is DENIED.

IT IS SO ORDERED.

Date: September 24, 2024

Troy L. Nunley
United States District Judge