UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAMAR BLACK,<br><br>   Plaintiff,<br><br>   v.<br><br>ALLRED, et al.,<br><br>   Defendants. | No. 2:21-cv-02167-TLN-EFB (PC)<br><br>ORDER |

Plaintiff is a federal prisoner proceeding pro se and in forma pauperis. On November 26, 2024, plaintiff filed a "Motion for Discovery." ECF No. 73.

Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 73) is denied without prejudice.

Dated: December 5, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1