UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY LAMAR BLACK,<br><br>Plaintiff,<br><br>v.<br><br>P. THOMPSON, et al.,<br><br>Defendants. | No. 2:21-cv-02167-TLN-EFB (PC)<br><br><br>ORDER |

    Plaintiff is a federal prisoner proceeding without counsel in a civil rights action brought under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971). Currently before the court is the motion to compel of defendants Allred and Birch. ECF No. 75. Specifically, defendants move to compel plaintiff to respond to defendants' document requests and interrogatories, which were propounded on December 23, 2024. *Id.* In the alternative, defendants request that this action be dismissed for lack of prosecution. *Id.*

    This case was filed in 2021 (ECF No. 1) and defendants' motion to compel was filed on February 14, 2025. ECF No. 75. Plaintiff has not responded in any way to defendants' motion and has not requested an extension of time to respond. Indeed, plaintiff has not filed anything with this court since November 26, 2024. ECF No. 73.

    Plaintiff is hereby ORDERED to file a response to defendants' motion to compel within fourteen days of service of this order. Failure of plaintiff to file a written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of

defendants' motion. Local Rule 230(l). Furthermore, plaintiff is cautioned that failure to comply "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within inherent power of the Court." Local Rule 110.

### Order

For the foregoing reasons, it is ORDERED that plaintiff file either an opposition or a notice of non-opposition to defendants' motion to compel within seven days of the date of this order. No requests for extension will be entertained, and failure to comply with this order may result in sanctions, up to and including dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

Dated: May 12, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2